UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ISAIAH QN BUTLER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) 1:25-cv-245-LEW |
| | ) |
| MYRA GAGNON et al., | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING RECOMMENDED DECISION AND IMPOSING COK FILING WARNING

On August 22, 2025, the United States Magistrate Judge John C. Nivison filed with the court, with a copy to the Plaintiff, his Recommended Decision (ECF No. 10) on Plaintiff's allegations that Defendants, who are allegedly employed at the Kennebec County Correctional Facility, did not comply with mail policy requirements. The plaintiff filed an objection to the Recommended Decision (ECF No. 11) on September 2, 2025. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

Plaintiff, proceeding pro se, has filed six separate cases since April 30, 2025.  *See Butler v. Bryant, et al.*, No. 1:25-cv-213-LEW; *Butler v. Simmons, et al.*, No. 1:25-cv-233-LEW; *Butler v. McCamish, et al.*, No. 1:25-cv-239-LEW; *Butler v. Gagnon, et al.*, No. 1:25-cv-245-LEW; *Butler v. Kennebec County, et al.*, No. 1:25-cv-274-LEW; *Butler v.*

*Goodchild, et al.*, No. 1:25-cv-346-JAW.  Per *Cok v. Family Court of Rhode Island*, 985 F.2d 32 (1st Cir. 1993), the Court expressly warns Mr. Butler that if his filings are determined to be groundless and/or frivolous, his future filings may result in filing restrictions.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** (ECF NO. 10).  Plaintiff is issued a *Cok* Warning.  The case is dismissed.

**SO ORDERED.**

Dated this 22nd day of September, 2025.

    /s/ Lance E. Walker
    CHIEF U.S. DISTRICT JUDGE